No. 84–5829. McKINLEY *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. JUSTICE BRENNAN would grant certiorari.